United States Bankruptcy Court
Western District of Michigan

In re:  Case No. 23-90092-swd
Steven L Clark  Chapter 13
Petra H Clark
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0646-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Sep 21, 2023 | Form ID: DeBN | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | #+ | Steven L Clark, Petra H Clark, 22480 Gautheir Road, Skanee, MI 49962-9028 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 23, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Yuliy Osipov | on behalf of Debtor Steven L Clark yo@osbig.com tc@osbig.com |
| Yuliy Osipov | on behalf of Debtor Petra H Clark yo@osbig.com tc@osbig.com |

TOTAL: 2

FORM DeBN (01/20)

# United States Bankruptcy Court

Western District of Michigan
Post Office Building, Room #314
PO Box 909
Marquette, MI 49855

**Michelle M. Wilson**
**Clerk of Court**
(616) 456–2693 Tel.

## DEBTOR ELECTRONIC BANKRUPTCY NOTICING (DeBN)

The United States Bankruptcy Court for the Western District of Michigan is now offering debtors the opportunity to request receipt of court generated notices and orders by means of email, instead of U.S. mail, through a program called Debtor Electronic Bankruptcy Noticing or DeBN.

DeBN provides debtors the following advantages:

**Fast** – Receive court notices and orders the same day they are filed by the court.

**Convenient** – Access court notices and orders anywhere you have the internet.

**Free** – There is no charge to register or to view court notices and orders sent to you by email.

Pursuant to Federal Rule of Bankruptcy Procedure 9036, a debtor may make a written request for delivery of notices via email, instead of U.S. mail. Through the DeBN program, only notices and orders that have been filed by the court can be emailed to the debtor. Debtors requesting participation in the DeBN program must complete and file a Debtor Electronic Bankruptcy Noticing Request (DeBN) form with the court where their case is filed.

More information regarding the DeBN program may be obtained on the court's website at www.miwb.uscourts.gov.

